| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                              Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer  ☐ Debts are primarily<br>   debts, defined in 11 U.S.C.            business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor  X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re  _____ ,     )   Case No. _____
             Debtor                         )
                                            )
                                            )   Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                              $ _____
   b. Total debts (including debts listed in 2.c., below)       $ _____

   c. Debt securities held by more than 500 holders:                            Approximate
                                                                                number of
                                                                                holders:

   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

   d. Number of shares of preferred stock            _____   _____
   e. Number of shares common stock                  _____   _____

   Comments, if any: _____
   _____

3. Brief description of debtor's business: _____
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____
   _____

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re _____ ,            )   Case No. _____
           Debtor                                                    )
                                                                     )
                                                                     )   Chapter _____

## EXHIBIT "C" TO VOLUNTARY PETITION

   1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................

   2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................
....................................................................................................................................................................

MINUTES OF THE SPECIAL MEETING OF
THE BOARD OF DIRECTORS
OF
ATLANTIS PLASTICS, INC.
(a Delaware corporation)

August 5, 2008

The undersigned, being the Secretary (the "Secretary") of the Board of Directors of ATLANTIS PLASTICS, INC., a Delaware corporation (the "Corporation"), hereby certifies that at a special meeting of the Board duly called and held on August 5, 2008, the following resolutions were adopted in accordance with the by-laws of the Corporation and applicable law and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, employees, stockholders and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chairman of the Board, President, Chief Executive Officer, Chief Financial Officer, Senior Vice President, Treasurer, Secretary, General Counsel and any other person designated and so authorized to act (collectively, the "Officers" and each an "Officer") are each hereby authorized, empowered and directed to execute and verify, on behalf of the Corporation and in its name, at such time hereafter as any of them determine, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia or such other district as deemed appropriate in the event that, in the judgment and discretion of any Officer, such action is deemed necessary and appropriate and in the best interests of the Corporation;

RESOLVED, that in connection with the commencement of the Chapter 11 case by the Corporation, the Officers of the Corporation be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to: (a) negotiate, execute and obtain post-petition financing and/or use of cash collateral according to terms which may be negotiated and considered necessary, proper or desirable by the management of the Corporation; (b) to enter into any debtor in possession financing facilities, guarantees, or other related documents and to pledge and grant liens on the Corporation's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and (c) in connection therewith, the Officers of the Corporation are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that the Officers are hereby authorized, empowered and directed, on behalf of the Corporation and in its name, to retain the law firm of Greenberg Traurig, LLP as bankruptcy counsel for general legal advice and in the event that the Corporation files a voluntary bankruptcy petition for reorganization, or in the event that an

involuntary bankruptcy petition is filed against the Corporation, and is hereby authorized to retain Greenberg Traurig, LLP in connection with the services contemplated hereby;

RESOLVED, that the Officers, on behalf of the Corporation are hereby authorized, empowered and directed, on behalf of the Corporation and in its name, to retain the services of Houlihan Lokey Howard & Zukin Capital, Inc. as investment banker for the Corporation in the Corporation's Chapter 11 case;

RESOLVED, that the Officers, on behalf of the Corporation are authorized and empowered to retain the services of Hays Financial Consulting, LLC as financial advisors for the Corporation in the Corporation's Chapter 11 case;

RESOLVED, that the Officers, on behalf of the Corporation are authorized and empowered to retain the services of Epiq Bankruptcy Solutions, LLC to serve as notice and servicing agent for the Corporation in the Corporation's Chapter 11 case;

RESOLVED, that the Officers, on behalf of the Corporation are authorized and empowered to retain the services of Scroggins & Williamson as conflicts counsel for the Corporation in the Corporation's Chapter 11 case;

RESOLVED, that the Officers of the Corporation be, and hereby are, authorized to employ any other professional necessary to assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Officers the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professional, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that, from and after the filing by the Corporation of a Chapter 11 bankruptcy petition, the Officers are hereby authorized to conduct business operations as determined by any of them to be in the best interests of the bankruptcy estate and the Corporation's creditors and may include, but not be limited to, a determination to continue business operations with a view towards reorganizing or selling the Corporation or its assets, in whole or in part;

RESOLVED, that, from and after the filing by the Corporation of a Chapter 11 bankruptcy petition, the Officers and any other authorized signatory designated from time to time by any Officer are hereby authorized, empowered and directed on behalf of the Corporation and in its name to execute and cause to be filed all petitions, schedules, motions, lists, applications, pleadings, and other papers as determined by any of them to be necessary, proper or desirable in connection with the Corporation's Chapter 11 case;

RESOLVED, that the Officers, and any other authorized signatory designated from time to time by any Officer, are each hereby authorized, empowered and directed on behalf of the Corporation and in its name to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities,

certificates or other documents and to take all such actions and execute and deliver all such documents as determined by any of them to be necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, including, without limitation, the opening of new deposit accounts as a debtor in possession, with the taking of such actions or execution of such documents to be conclusive evidence of the necessity or desirability thereof; and

RESOLVED, that any and all actions heretofore taken by any Officer or director of the Corporation in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all aspects.

IN WITNESS WHEREOF, the undersigned, Secretary of the Board of ATLANTIS PLASTICS, INC., has executed these Minutes as of the date first written above.

_____

Name:

PAUL G. SAARI, SECRETARY OF THE BOARD
OF DIRECTORS OF ATLANTIS PLASTICS,
INC.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In re: **Atlantis Plastics, Inc.,** | Case No. 08 - (_____) |
| In re: **Atlantis Plastic Films, Inc.,** | |
| In re: **Atlantis Films, Inc.,** | Chapter 11 |
| In re: **Atlantis Plastics Injection Molding, Inc.,** | |
| In re: **Atlantis Molded Plastics, Inc.,** | |
| In re: **Rigal Plastics, Inc.,** | |
| In re: **Extrusion Masters, Inc.,** | |
| In re: **Pierce Plastics,** and | |
| In re: **Linear Films, Inc.,** | |

      **Debtors.**

**LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS**

      Following is the list of the Debtors' creditors holding the 40 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these Chapter 11 cases.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

| *Name of Creditor and Complete Mailing Address, including Zip Code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff.* | *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| The Bank of New York, as Agent for the Second Lien Lenders<br>600 East Las Colinas Blvd.<br>Irving, TX 75039 | Bev Casanova<br>Fax: (972) 401-8554 | Loan | | $75,000,000<br><br>Security Value: $0 |
| Equistar<br>1221 McKinney Street<br>Houston, TX 77010 | Wanda Green<br>Phone: (888) 777-0232<br>Fax: (713) 652-4151<br>PQF@lyondellbasell.com | Trade Debt | | $1,003,370.88 |

ATL 16,898,365v1

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| A Schulman-Akron, OH<br>3550 West Market Street<br>Akron, OH 44333 | Jim Baker<br>Phone: (330) 666-3751<br>Fax: (330) 668-7204<br>info@aschulman.com | Trade Debt | | $975,107.73 |
| Flint Hills Resources<br>1330 Lake Robbins Dr., Suite 400<br>The Woodlands, TX 77380 | Tim Chernock<br>Phone: (800) 767-0496<br>Fax: (281) 363-7262<br>info@fhr.com | Trade Debt | | $430,862.30 |
| O G & E Electrical Service<br>321 North Harvy<br>Oklahoma City, OK 73102 | Carla Brockman<br>Phone: (800) 237-3230<br>Fax: (405) 553-5163<br>custcaredept@oge.com | Utility | | $346,591.82 |
| Capital Trans Solutions<br>1915 Vaughn Road<br>Kennesaw, GA 30144 | Danielle Baker<br>Phone: (770) 690-8684<br>Fax: (770) 690-8687<br>lthomas@shipwithcts.com | Trade Debt | | $342,684.67 |
| Standridge Color Corp. Inc.<br>1196 E. Hightower Trial<br>Social Circle, GA 30025 | Attn: Cathy Burdette<br>Email: sales@standridgecolor.com<br>Email: customerservice@standridgecolor.com<br>Phone: 770-464-3362 | Trade Debt | | $333,341.15 |
| Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401-1993 | Phone: (800) 481-4700 | Utility | | $286,739.65 |
| DuPont Packaging & Industrial<br>Barley Mill Plaza, Bldg. 26<br>Wilmington, DE 19880 | Debbie Concklin<br>Phone: (800) 628-6208 | Trade Debt | | $255,410.54 |

*ATL 16,898,365v1*

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| GE Capital<br>8400 Normandale Lake Blvd<br>Suite 470<br>Minneapolis, MN 55437 | Phone: (800) 247-8038 | Trade Debt | | $253,855.22 |
| Nova Chemicals, Inc.<br>6711 Mississauga Road<br>Suite 200<br>Mississauga, ON<br>Canada L5N 2W3 | Mary Ellen Leeder<br>Phone: (800) 372-9746 | Trade Debt | | $246,108.64 |
| Gulf Systems<br>7720 F.M. 1960<br>East Humble, TX 77346 | Jeff Cutshall<br>Phone: (281) 852-6700<br>Fax: (281) 852-1590 | Trade Debt | | $229,734.44 |
| Ferro Plastics Division<br>5001 Ohara Drive<br>Evansville, IN 47711 | Lee Overly<br>Phone: (800) 521-9094<br>Fax: (812) 435-2113 | Trade Debt | | $218,395.70 |
| ExxonMobile Chemical Company<br>13501 Katy Freeway<br>Houston, TX 77079 | Kathnleen Drake<br>Phone: (800) 231-6633<br>Fax: (281) 870-6661 | Trade Debt | | $217,197.63 |
| Battenfield Gloucester Engineering Co., Inc.<br>Blackburn Industrial Park<br>11 Dorv Road<br>Gloucester, MA 01931 | Dave Robinson<br>Phone: (978) 281-1800<br>Fax: (978) 282-9111 | Trade Debt | | $211,207.06 |
| Bayshore Vinyl Compounds, Inc.<br>221 County Road 522<br>Manapalan, NJ 07726 | Jeffrey E. Malovetz<br>Phone: (732) 577-7900<br>Fax: (732) 577-7901<br>jeff@bayshorevinyl.com | Trade Debt | | $202,401.44 |
| The Dow Chemical Company<br>2040 Dow Center<br>Midland, MI 48674 | Shawn McCarthy<br>Phone: (800) 232-2436<br>Fax: (989) 832-1465 | Trade Debt | | $179,170.00 |
| Milacron Marketing Company<br>4165 Halfacre Rd<br>Batavia, OH 45103 | Tillman Heard<br>Phone: (513) 536-2352 | Trade Debt | | $176,772.14 |

*ATL 16,898,365v1*

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| City of Nicholasville<br>601 North Main Street<br>Nicholasville, KY 40356 | Leanne Holland<br>Phone: (859) 885-9473 | Utility | | $158,041.83 |
| Sonoco Products Company<br>North Second Street<br>Mail Stop - U01<br>Hartsville, SC 29550 | Tanya Isgett<br>Staci Johnson<br>Phone: (888) 875-8754<br>Fax: (843) 383-7978 (Corporate)<br>Fax: (843) 968-3189 (Molded Plastics) | Trade Debt | | $154,210.65 |
| Unisource Worldwide, Inc.<br>660 Governors Lake Pkwy<br>Norcross, GA 30097 | Deborah Dahimann<br>Phone: (800) 950-6548<br>Fax: (770) 734-2000 | Trade Debt | | $149,002.61 |
| Primepvc<br>1400 North Washington St.<br>Marion, IN 46952 | Scott Hirsch<br>Phone: (765) 651-1546<br>Fax: (765) 651-0944 | Trade Debt | | $136,822.50 |
| Shamrock Manufacturing Co<br>5445 Daniels Street<br>China, CA 91710 | Emmy Tjoeng<br>Phone: (909) 591-8855 | Trade Debt | | $122,832.46 |
| Southern California Edison<br>2244 Walnut Grove Ave<br>Rosemead, CA 91771 | Sheila Advani<br>Phone: (714) 895-0240 | Utility | | $121,309.43 |
| TLS (Truck Load Services)<br>500, Montee Labossiere<br>Vaudreuil-Dorion, PQ J7V 8P2 | James Madden<br>Phone: (450) 424-1885 | Trade Debt | | $104,275.00 |
| Microplastics, Inc.<br>406 38th Ave.<br>St. Charles, IL 60174 | Janet Rouka<br>Phone: (630) 513-2900<br>Fax: (630) 513-2901 | Trade Debt | | $101,404.41 |
| Henderson Stamping, Inc.<br>1323 Highway 45 North<br>Henderson, TN 38340 | Cindy Collins<br>Phone: (731) 989-4705<br>Fax: (731) 989-4320 | Trade Debt | | $100,768.56 |

*ATL 16,898,365v1*

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Dudek & Bock Spring<br>5100 West Roosevelt Rd.<br>Chicago, IL 60644 | Pat Alfieri<br>Phone: (773) 379-4100<br>Fax: (773) 379-4108 | Trade Debt | | $99,066.54 |
| Worksource<br>1801 Cavanaugh Rd.<br>Ft. Smith, AR 72908 | Lee Ann Hicklin<br>Phone: (479) 646-3868 | Trade Debt | | $96,967.57 |
| Ashland Distribution Company<br>5200 Laser Park<br>Dublin, OH 43017 | Cathy Vanecko<br>Phone: (800) 428-7056 | Trade Debt | | $94,594.15 |
| Wurzburg<br>710 South Fourth Street<br>Memphis, TN 38126 | Cathy Meeks<br>Phone: (901) 525-1441 | Trade Debt | | $93,443.36 |
| Reliant Energy Solutions<br>1111 Louisiana St.<br>Houston, TX 75312 | Ruben De Los Santos<br>Phone: (888) 275-6859<br>Fax: (713) 488-5925 | Utility | | $89,370.41 |
| Batesville Tool<br>177 Six Pine Ranch Rd.<br>Batesville, IN 47006 | Marty Schebler<br>Phone: (812) 934-5616<br>Fax: (812) 934-5828<br>sales_out@btdinc.com | Trade Debt | | $89,366.40 |
| NTH Works-Precision Tool<br>6901 Preston Hwy<br>Louisville, KY 40219 | Rick Swinney<br>Phone: (502) 479-0778 | Trade Debt | | $81,471.67 |
| Tax Collector<br>Ft. Smith Courthouse<br>35 So. 6th, Room 105<br>Ft. Smith, AR 72901 | Linda Willsey Murry<br>Phone: (479) 783-4163<br>l.murry@gox-internet.com | Property Taxes | | $77,661.67 |
| Ashland Chemical<br>50 E. River Center Blvd.<br>Covington, KY 41012 | Bruce Freiberger<br>Phone: (614) 790-3246 | Trade Debt | | $72,516.38 |
| Hieb Trans Logistics<br>4267 E. Eastmor<br>Springfield, MO 65809 | Wil Hiebert<br>Phone: (800) 823-9015 | Trade Debt | | $71,144.41 |

*ATL 16,898,365v1*

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| P&P Properties<br>43120 Utica Road, Suite 400<br>Sterling Heights, Michigan 48314 | Paul Spedafore<br>Phone: (586) 264-5640 | Trade Debt | | $70,000 |
| Univar USA<br>17425 N.E. Union Hill Road<br>Redmond, WA 98052 | Kim Lucas<br>Phone: (800) 234-4588 | Trade Debt | | $69,525.31 |
| Channel Prime Alliance, LLC<br>1803 Hull Avenue<br>Des Moines, IA 50313 | Ronald Nardozzi, Manager of Finance<br>Phone: (800) 247-8038 | Trade Debt | | $67,929.98 |

*ATL 16,898,365v1*

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, V.M. Philbrook, the president of Atlantis Plastics, Inc. and its affiliated debtors in these cases, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 40 Largest Unsecured Claims On a Consolidated Basis and that it is true and correct to the best of my information and belief.

Date: August 10, 2008

                                                    Signature:

                                                        /S/ V.M. Philbrook

                                              V.M. Philbrook, President