**IT IS ORDERED as set forth below:**

Date: December 18, 2008

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ATLANTIS PLASTICS, INC., et al., | ) | Case No. 08-75473 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Paul Bonapfel |
| _____ | ) | |

**ORDER CONVERTING CASE TO CHAPTER 7**

On October 3, 2008, during a hearing on the Debtors' motion to sell its assets (the "Hearing"), the Court indicated it would hold a hearing on its own motion to determine whether a chapter 11 trustee should be appointed in this case, or whether this case should be converted from chapter 11 to chapter 7 (the "Motion"). At the Hearing, the Court set November 20, 2008 ("November Hearing") as the hearing date on the Motion. On November 3, 2008, the Debtors entered their *Motion to Shorten Notice Period and Limit the Notice Parties with Respect to Court's Sua Sponte Motion to Determine Whether to Appoint a Chapter 11 Trustee in the Debtors' Cases or Convert the Debtors' Cases to Cases under Chapter 7 of the Bankruptcy Code* ("Motion to Shorten Time"). An order approving the Motion to Shorten Time was entered on

November 6, 2008, and a hearing notice on the Motion was filed by the Debtors on November 6, 2008. On November 24, 2008, the Court entered an order authorizing the appointment of a chapter 11 trustee and continued the *sua sponte* motion to convert the chapter 11 cases to cases under chapter 7 until December 15, 2008 (the "Continued Hearing"). On December 3, 2008, the Court entered an order approving the appointment of Marcus A. Watson as Chapter 11 Trustee.

Present at the Continued Hearing were the Trustee, counsel for the Trustee, the United States Trustee, the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), and the Pre-Petition Senior Agent, on behalf of the Pre-Petition Senior Lenders. Counsel for the Trustee informed the Court that the Trustee was joining in the Motion, and requested that the Court convert the cases to chapter 7. No creditor or party-in-interest present at the Continued Hearing objected.

Therefore, for cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is granted, as set forth herein.

2. These cases are hereby converted to cases under chapter 7 of the Bankruptcy Code effective as of December 15, 2008.

3. All chapter 11 professionals, other than Trustee's counsel, are directed to file a final application for approval of chapter 11 fees and expenses within 60 days of the date hereof.

### ### END OF DOCUMENT ###

Prepared, presented and consented to by:

*/s/ Wendy L. Hagenau*
Wendy L. Hagenau (Ga. Bar # 316688)
whagenau@pogolaw.com
Powell Goldstein LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA  30309-3488
(404) 572-6600 Telephone
(404) 572-6999 Facsimile

Counsel for Marcus A. Watson, Trustee

## DISTRIBUTION LIST

E. Penn Nicholson
Wendy L. Hagenau
Powell Goldstein LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3488

David S. Weidenbaum
Office of the United States Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

David B. Kurzweil, Esq.
John D. Elrod, Esq.
Greenburg Traurig LLP
3290 Northside Parkway, Suite 400
Atlanta, GA 30327

Sarah R. Borders
Jonathan W. Jordan
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

J. Douglas Bacon
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Todd Meyers, Esq.
Paul M. Rosenblatt, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE, Suite 2800
\Atlanta, GA 30309-4530