ATLANTIS PLASTICS, INC./ DEBTOR IN POSSESSION
ANGELA BRYANT
1870 THE EXCHANGE, SUITE 200
ATLANTA, GA 30339-2021

**Liberty Mutual**

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# FINAL AUDIT SUMMARY INVOICE

DIVISION: 5
ACCOUNT NUMBER: 273391-0051

INVOICE NUMBER: 2008-00
PREMIUM PLAN PERIOD: 03/01/2008-03/01/2009
INVOICE DATE: 05/20/2009
INVOICE DUE DATE: 06/09/2009

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| WA6-15D-273391-018 | Workers Comp Deductible | $23,192.00 | ($0.00) | $1,522.00 | ($0.00) | | $24,714.00 |
| | Subtotal | $23,192.00 | ($0.00) | $1,522.00 | ($0.00) | $0.00 | $24,714.00 |

*Adjustments
Balance Due Liberty    $24,714.00

*Adjustments/Explanations

If you have any questions or comments, please call S Alan Moyer at 800-320-7582 Ext. 31803
Liberty Mutual Billing and Collections

ATLANTIS PLASTICS, INC./ DEBTOR IN POSSESSION
ANGELA BRYANT
1870 THE EXCHANGE, SUITE 200
ATLANTA, GA 30339-2021

 Liberty Mutual.

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# FINAL AUDIT SUMMARY INVOICE

DIVISION: 5
ACCOUNT NUMBER: 273391-0053

INVOICE NUMBER: 2008-00
PREMIUM PLAN PERIOD: 03/01/2008-03/01/2009
INVOICE DATE: 05/20/2009
INVOICE DUE DATE: 06/09/2009

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| WA6-15D-273391-018 | Workers Comp Deductible | $2,688.00 | ($0.00) | $28.00 | ($0.00) | | $2,716.00 |
| | Subtotal | $2,688.00 | ($0.00) | $28.00 | ($0.00) | $0.00 | $2,716.00 |

*Adjustments/Explanations

*Adjustments
Balance Due Liberty   $2,716.00

If you have any questions or comments, please call  S Alan Moyer at 800-320-7582 Ext. 31803
Liberty Mutual Billing and Collections

Page 1 of 1

ATLANTIS PLASTICS, INC.
ATTN: ANGELA BRYANT
1870 THE EXCHANGE, SUITE 200
ATLANTA, GA 30339-2021

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

# Liberty Mutual

## FINAL AUDIT SUMMARY INVOICE

DIVISION: 5
ACCOUNT NUMBER: 273391-0054

INVOICE NUMBER: 2008-00
PREMIUM PLAN PERIOD: 03/01/2008-03/01/2009
INVOICE DATE: 05/20/2009
INVOICE DUE DATE: 06/09/2009

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| WA6-15D-273391-018 | Workers Comp Deductible | $301.00 | ( $0.00 ) | $3.00 | ( $0.00 ) | | $304.00 |
| | Subtotal | $301.00 | ( $0.00 ) | $3.00 | ( $0.00 ) | $0.00 | $304.00 |
| | *Adjustments/Explanations | | | | *Adjustments Balance Due Liberty | | $304.00 |

If you have any questions or comments, please call S Alan Moyer at 800-320-7582 Ext. 31803
Liberty Mutual Billing and Collections

Page 1 of 1

ATLANTIS PLASTICS, INC./ DEBTOR IN POSSESSION
ANGELA BRYANT
1870 THE EXCHANGE, SUITE 200
ATLANTA, GA 30339-2021

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569



# FINAL AUDIT SUMMARY INVOICE

| DIVISION: | 5 |
| ACCOUNT NUMBER: | 273391-0055 |

| INVOICE NUMBER: | 2008-00 |
| PREMIUM PLAN PERIOD: | 03/01/2008-03/01/2009 |
| INVOICE DATE: | 05/20/2009 |
| INVOICE DUE DATE: | 06/09/2009 |

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| WA6-15D-273391-018 | Workers Comp Deductible | $2,184.00 | ($0.00) | $23.00 | ($0.00) | | $2,207.00 |
| | Subtotal | $2,184.00 | ($0.00) | $23.00 | ($0.00) | $0.00 | $2,207.00 |

*Adjustments/Explanations

*Adjustments
Balance Due Liberty    $2,207.00

If you have any questions or comments, please call S Alan Moyer at 800-320-7582 Ext. 31803
Liberty Mutual Billing and Collections

Page 1 of 1

ATLANTIS PLASTICS, INC. DEBTOR IN POSSESSION
ANGELA BRYANT
1870 THE EXCHANGE, SUITE 200
ATLANTA, GA 30339-2021


Liberty Mutual

Remit payment with a copy of this invoice to:
Liberty Mutual Insurance Co
P.O. BOX 0569
Carol Stream, IL 60132-0569

## FINAL AUDIT SUMMARY INVOICE

DIVISION: 5
ACCOUNT NUMBER: 273391-0050

INVOICE NUMBER: 2008-01
PREMIUM PLAN PERIOD: 03/01/2008-03/01/2009
INVOICE DATE: 7/16/2009
INVOICE DUE DATE:

| POLICY NUMBER | COVERAGE | EARNED PREMIUM | PREMIUM PAID | TOTAL ASSESSMENTS SURCHARGES | ASSESSMENTS & SURCHARGES PAID | DIVIDENDS | NET DUE |
|---|---|---|---|---|---|---|---|
| AS2-151-273391-258 | Business Auto | $9,751.00 | ($0.00) | $42.00 | ($0.00) | | $9,793.00 |
| TB2-151-273391-198 | Liability Only (Occur) | $25,652.00 | ($0.00) | $628.00 | ($0.00) | | $26,280.00 |
| TH2-651-273391-208 | Umbrella (Occurrence) | $23,074.00 | ($0.00) | | | | $23,074.00 |
| WA6-15D-273391-018 | Workers Comp Deductible | $44,721.00 | ($0.00) | $4,068.00 | ($0.00) | | $48,809.00 |
| WC1-151-273391-168 | Workers Compensation | $57.00 | ($0.00) | | | | $57.00 |
| | Subtotal | $103,255.00 | ($0.00) | $4,758.00 | ($0.00) | $0.00 | $108,013.00 |

*Adjustments
Balance Due Liberty    $108,013.00

*Adjustments/Explanations

If you have any questions or comments, please call S Alan Moyer at 800-320-7582 Ext 31803
Liberty Mutual Billing and Collections

Page 1 of 1



ATLANTIS PLASTICS INC. - 4251
ATTN:
390 COMMUNITY DRIVE
HENDERSON, KY 42420

| | | |
|---|---|---|
| ACCOUNT #: | | 5-273391-4251 |
| INVOICE #: | | 60010609 |
| INVOICE DATE: | | 06-03-2009 |
| VALUATION DATE: | | 06-01-2009 |
| DUE DATE: | | 07-01-2009 |
| AMOUNT DUE: | | $553.30 |

*THANK YOU FOR CHOOSING LIBERTY MUTUAL GROUP*

| CONTRACT TYPE / CONTRACT NUMBER | EFFECTIVE DATE | DESCRIPTION | NEW CHARGES |
|---|---|---|---|
| **WORKERS COMPENSATION DEDUCTIBLE** <br> WA6-15D-273391-018 | 03-01-08 | WORKERS COMPENSATION | $553.30 |

FOR BILLING QUESTIONS, PLEASE CALL BILLING & COLLECTIONS AT 1-800-320-7582

**TOTAL:** $553.30

Page 1 of 1

---

IMPORTANT: PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND INDICATE YOUR ACCOUNT NUMBER ON THE CHECK

PAYMENT AMOUNT ENCLOSED: _____

ATLANTIS PLASTICS INC. - 4251
ATTN:
390 COMMUNITY DRIVE
HENDERSON, KY 42420

| | |
|---|---|
| ACCOUNT #: | 5-273391-4251 |
| INVOICE #: | 60010609 |
| INVOICE DATE: | 06-03-2009 |
| DUE DATE: | 07-01-2009 |
| AMOUNT DUE: | $553.30 |

MAKE CHECKS PAYABLE TO:

LIBERTY MUTUAL
P.O. BOX 0569
CAROL STREAM, IL 60132-0569

7050027339100425100600106090000000000000000000000000000000005533002

Case 08-75473-pwb    Doc 675-1    Filed 09/29/09    Entered 09/29/09 18:29:51    Desc
Exhibit Exhibit A: Invoices    Page 7 of 9



ATLANTIS PLASTICS INC. - 4251
ATTN:
390 COMMUNITY DRIVE
HENDERSON, KY  42420

| ACCOUNT #: | 5-273391-4251 |
| INVOICE #: | 60010509 |
| INVOICE DATE: | 05-03-2009 |
| VALUATION DATE: | 05-01-2009 |

| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $103.02 |

THANK YOU FOR CHOOSING LIBERTY MUTUAL GROUP

| CONTRACT TYPE / CONTRACT NUMBER | EFFECTIVE DATE | DESCRIPTION | NEW CHARGES |
|---|---|---|---|
| WORKERS COMPENSATION DEDUCTIBLE<br>WA6-15D-273391-018 | 03-01-08 | WORKERS COMPENSATION | $103.02 |

FOR BILLING QUESTIONS, PLEASE CALL BILLING & COLLECTIONS AT 1-800-320-7582

TOTAL: $103.02

Page 1 of 1

---

IMPORTANT: PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND INDICATE YOUR ACCOUNT NUMBER ON THE CHECK

PAYMENT AMOUNT ENCLOSED:_____

ATLANTIS PLASTICS INC. - 4251
ATTN:
390 COMMUNITY DRIVE
HENDERSON, KY  42420

| ACCOUNT #: | 5-273391-4251 |
| INVOICE #: | 60010509 |
| INVOICE DATE: | 05-03-2009 |
| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $103.02 |

MAKE CHECKS PAYABLE TO:

LIBERTY MUTUAL
P.O. BOX 0569
CAROL STREAM, IL  60132-0569

7050027339100425100600105090000000000000000000000000000001030202


Liberty Mutual.

ATLANTIS PLASTICS - 4251
ATTN:
428 S U STREET
FORT SMITH, AR  72901

| ACCOUNT #: | 5-273391-4251 |
| INVOICE #: | 60040509 |
| INVOICE DATE: | 05-03-2009 |
| VALUATION DATE: | 05-01-2009 |
| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $469.79 |

*THANK YOU FOR CHOOSING LIBERTY MUTUAL GROUP*

| CONTRACT TYPE / CONTRACT NUMBER | EFFECTIVE DATE | DESCRIPTION | NEW CHARGES |
|---|---|---|---|
| WORKERS COMPENSATION DEDUCTIBLE<br>WA6-15D-273391-018 | 03-01-08 | WORKERS COMPENSATION | $469.79 |

FOR BILLING QUESTIONS, PLEASE CALL BILLING & COLLECTIONS AT 1-800-320-7582

TOTAL: $469.79

Page 1 of 1

---

IMPORTANT: PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND INDICATE YOUR ACCOUNT NUMBER ON THE CHECK

Liberty Mutual.

PAYMENT AMOUNT ENCLOSED:_____

ATLANTIS PLASTICS - 4251
ATTN:
428 S U STREET
FORT SMITH, AR  72901

| ACCOUNT #: | 5-273391-4251 |
| INVOICE #: | 60040509 |
| INVOICE DATE: | 05-03-2009 |
| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $469.79 |

MAKE CHECKS PAYABLE TO:

LIBERTY MUTUAL
P.O. BOX 0569
CAROL STREAM, IL  60132-0569

70500273391004251006004050900000000000000000000000000000004697902



PIERCE PLASTICS - 4253
ATTN:
105 N TOWER ROAD
ALAMO, TX  75816

| ACCOUNT #: | 5-273391-4254 |
| INVOICE #: | 60180509 |
| INVOICE DATE: | 05-03-2009 |
| VALUATION DATE: | 05-01-2009 |

| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $917.29 |

*THANK YOU FOR CHOOSING LIBERTY MUTUAL GROUP*

| CONTRACT TYPE / CONTRACT NUMBER | EFFECTIVE DATE | DESCRIPTION | NEW CHARGES |
|---|---|---|---|
| WORKERS COMPENSATION DEDUCTIBLE<br>WA6-15D-273391-018 | 03-01-08 | WORKERS COMPENSATION | $917.29 |

FOR BILLING QUESTIONS, PLEASE CALL BILLING & COLLECTIONS
AT 1-800-320-7582

TOTAL: $917.29

Page 1 of 1

---

IMPORTANT: PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND INDICATE YOUR ACCOUNT NUMBER ON THE CHECK

PAYMENT AMOUNT ENCLOSED:_____

PIERCE PLASTICS - 4253
ATTN:
105 N TOWER ROAD
ALAMO, TX  75816

| ACCOUNT #: | 5-273391-4254 |
| INVOICE #: | 60180509 |
| INVOICE DATE: | 05-03-2009 |
| DUE DATE: | 06-01-2009 |
| AMOUNT DUE: | $917.29 |

MAKE CHECKS PAYABLE TO:

LIBERTY MUTUAL
P.O. BOX 7247-0109
PHILADELPHIA, PA  19170-0109

7050027339100425400601805090000000000000000000000000000009172906