IT IS ORDERED as set forth below:

Date: October 30, 2009

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ATLANTIS PLASTICS, INC., et al., | ) | Case No. 08-75473 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Paul Bonapfel |
| | ) | |

ORDER ON TRUSTEE'S OBJECTION
TO APPLICATION FOR ADMINISTRATIVE EXPENSE
FILED BY BAYSHORE VINYL COMPOUNDS, INC.

Upon review and consideration of the Trustee's Objection to Application for Administrative Expense Filed by Bayshore Vinyl Compounds, Inc. (the "Objection") filed by Marcus A. Watson, chapter 7 Trustee for the estates of Atlantis Plastics, Inc. *et al.*, the Debtors in the above-captioned chapter 7 cases; the Court having reviewed the Objection; and the Court finding that notice of the Objection was due and sufficient; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

6027938.1

- 1 -

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED;

2. Movant[1] is hereby allowed an administrative expense claim in the amount of $286,164.35 pursuant to 11 U.S.C. § 503(b)(9).

3. The remainder of the Application is denied as a 503(b)(9) administrative expense, and such denial shall be applicable and binding for all purposes, including, but not limited to, receiving distributions;

4. Nothing herein shall affect any unsecured claim of Movant, Movant shall not be required to refile its claim as unsecured to be so considered, and the parties reserve all rights with respect to Movant's claim; and

5. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

### END OF ORDER ###

---

[1] Capitalized terms not otherwise defined herein shall have the meanings indicated in the Objection.

6027938.1

- 2 -

Order prepared and presented by:

*Wendy L. Hagenau*
Wendy L. Hagenau (Ga. Bar No. 316688)
wendy.hagenau@bryancave.com
Justin S. Barry (Ga. Bar No. 244081)
justin.barry@bryancave.com
BRYAN CAVE POWELL GOLDSTEIN
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
(404) 572-6600 Telephone
(404) 572-6999 Facsimile

Counsel to Marcus A. Watson, Chapter 7 Trustee

## DISTRIBUTION LIST

Wendy L. Hagenau, Esq.
Justin S. Barry, Esq.
Bryan Cave Powell Goldstein
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA  30309

U.S. Trustee
365 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

J. Douglas Bacon, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Jeffrey D. Vanacore, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820