## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ATLANTIS PLASTICS, INC., | ) | Case No. 08-75473 |
| ATLANTIS PLASTIC FILMS, INC., | ) | (Jointly Administered) |
| ATLANTIS FILMS, INC., | ) | |
| ATLANTIS MOLDED PLASTICS, INC., | ) | |
| ATLANTIS PLASTICS INJECTION | ) | |
| MOLDING, INC., | ) | |
| EXTRUSION MASTERS, INC., | ) | |
| LINEAR FILMS, INC., | ) | |
| PIERCE PLASTICS, INC., and | ) | |
| RIGAL PLASTICS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |

### NOTICE OF FILING OF MOTION FOR SUBSTANTIVE CONSOLIDATION
### OF JOINTLY ADMINISTERED CASES

**PLEASE TAKE NOTICE** that Marcus Watson, as the Chapter 7 Trustee has filed a

Motion for Substantive Consolidation of Jointly Administered Cases (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the

Application in Courtroom 1401, United States Courthouse, 75 Spring Street, S.W., Atlanta,

Georgia, at **10:00 a.m. on September 2, 2014**.

Your rights may be affected by the Court's ruling on the Motion.  You should read these

papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

(If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to

approve the above Motion, or if you want the court to consider your views on the Motion, then

you and/or your attorney must attend the hearing.  You may also file a written response to the

Motion with the Clerk at the address stated below, but you are not required to do so.  If you file a

written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response.  Mail or deliver your response so that it is received by the

Clerk at least two business days before the hearing.  The address of the Clerk is Clerk, U.S.

Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.  You must also mail a

copy of your response to the undersigned at the address stated below.


Dated:  August 7, 2014


**BRYAN CAVE LLP**

/s/ E. Penn Nicholson
E. Penn Nicholson (Georgia Bar No. 543400)
penn.nicholson@bryancave.com
Laura U. Hughes (Missouri Bar No. 60732)
laura.hughes@bryancave.com
Leah Fiorenza McNeill (Georgia Bar No. 940554)
leah.fiorenza@bryancave.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
(404) 572-6600 Telephone
(404) 572-6999 Facsimile

*Counsel to Marcus A. Watson, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ATLANTIS PLASTICS, INC., | ) | Case No. 08-75473 |
| ATLANTIS PLASTIC FILMS, INC., | ) | (Jointly Administered) |
| ATLANTIS FILMS, INC., | ) | |
| ATLANTIS MOLDED PLASTICS, INC., | ) | |
| ATLANTIS PLASTICS INJECTION | ) | |
| MOLDING, INC., | ) | |
| EXTRUSION MASTERS, INC., | ) | |
| LINEAR FILMS, INC., | ) | |
| PIERCE PLASTICS, INC., and | ) | |
| RIGAL PLASTICS, INC., | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## MOTION FOR SUBSTANTIVE CONSOLIDATION
## OF JOINTLY ADMINISTERED CASES

NOW COMES Marcus A. Watson, chapter 7 trustee (the "*Trustee*") for Atlantis Plastics,

Inc., *et al.* (the "*Debtors*" or "*Atlantis Plastics*"), and files this Motion for Substantive

Consolidation of Jointly Administered Cases (the "*Motion*").  In support of this Motion, the

Trustee shows the Court as follows:

### Relief Requested

1.      By this Motion, the Trustee requests that the Court enter an order directing the

substantive consolidation of the nine Debtors in these jointly-administered cases.  Such relief is

permissible and appropriate because of the Debtors' common interests and management and

because the administrative efficiency of such consolidation will result in a more favorable

outcome for all creditors without disadvantage to any creditor.

## Jurisdiction

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O).  Venue of the Debtors' cases and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      On August 10, 2008 (the "***Petition Date***"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").  The cases are being jointly administered for procedural purposes only [Dkt. No. 37].

4.      On November 25, 2008, the Office of the U.S. Trustee nominated Marcus A. Watson as chapter 11 trustee, and the Court entered its order confirming the appointment on December 3, 2008 [Dkt. No. 341].

5.      On December 15, 2008, the Court considered the motion to convert the cases to those under chapter 7 of the Bankruptcy Code.

6.      The cases were converted to cases under chapter 7 on December 19, 2008 and Mr. Watson continued as Trustee [Dkt. No. 387].

## The Debtors' Businesses and Secured Debt Structure

7.      Atlantis Plastics, headquartered in Atlanta, Georgia, was a leading manufacturer of high quality custom films, stretch films, injection molded components, and extruded plastic products used in a variety of applications including storage, transportation, food packaging, food service, building products, appliances, automotive, and other commercial and consumer applications.

4338310                                         - 2 -

8.      The Debtors were one of the largest producers of plastics in North America.  As of the Petition Date the Debtors had two operating divisions: (i) "Plastic Films," which manufactured stretchable plastic for wrapping pallets for shipping or storage and manufactured custom flexible plastics for other commercial uses, such as food products, medical garments, industrial applications, etc.; and (ii) "Injection Molding and Building Products," which manufactured plastic appliance parts, car parts, home siding and shingles, extruded trim and plastic pieces, and other hard plastic items.  Through these two divisions, the Debtors operated fourteen manufacturing plants in eight states with approximately 1,300 employees.

9.      Debtor Atlantis Plastics, Inc. ("*API*") was the ultimate parent company for all the other Debtors, owning directly or indirectly, 100% of each of the eight subsidiaries. Operating primarily out of its corporate headquarters in Atlanta, Georgia, API, through its CEO, CFO, accounting personnel, human resources personnel, and the like, coordinated and supported the activities of all the Debtors.

10.     Prior to the Petition Date, the Debtors jointly refinanced their debt.  Specifically, they entered into a loan with a group of lenders, including GE Business Financial Services Inc., which also acted as agent (the "*Senior Secured Lenders*"), secured by substantially all of the Debtors' assets..  As of the Petition Date, this debt consisted of (i) a $116,100,000 Senior Secured Term Loan and (ii) a $25,000,000 Revolving Credit Facility (together, the "*Senior Secured Debt*").  All of the Debtors were obligors or guarantors of the Senior Secured Debt.

11.     In addition, the Debtors incurred debt (subordinated to the Senior Secured Debt) in the form of a $75,000,000 secured term loan (the "*Junior Secured Debt"*) by a group of lenders for which Bank of New York Mellon is the agent (the "*Junior Secured Lenders*").   The Junior Secured Debt was also secured by substantially all of the Debtors' assets.

**Post-Petition Asset Sales and Administration of Estates**

12.     Filed shortly after the Petition Date, the Debtors' Schedules and Statement of Financial Affairs were compiled on a consolidated basis without ascription to a specific Debtor. *See* Statement of Financial Affairs and Schedules A – H [Dkt. Nos. 184-191].

13.     On October 6, 2008, the Court entered orders authorizing the sale of substantially all of the assets of the Debtors' Plastic Films division and Injection Molding and Building Products division [Dkt. Nos. 258 and 259, respectively].

14.     The proceeds of these sales were insufficient to repay the Senior Secured Debt in full.  On September 10, 2009, the Court entered an order [Dkt. No. 666] approving an agreement between the Senior Secured Lenders and the Trustee.  The agreement provided for the following: (i) the use of certain of the sales proceeds to fund the wind-down of the estates; (ii) the release of certain of the Senior Secured Lenders' liens; and (iii) set the Senior Secured Lenders' allowed general unsecured deficiency claim at $57,000,000 [Dkt. No. 646].

15.      The agreement also specifically preserved the Senior Secured Lenders' rights under the pre-petition inter-creditor agreement with the Junior Secured Lenders, such that any distributions to the Junior Secured Lenders are payable to the Senior Secured Lenders until all obligations are paid in full.  *See* Order, p. 4, ¶ 4 [Dkt. No. 666].  The Junior Secured Lenders filed a proof of claim in the amount of $75,000,000 on April 2, 2009 [EPIQ Claim No. 585].

16.     The Trustee liquidated the few remaining assets of the estates and pursued one adversary proceeding against the Debtors' officers and directors (the "Lawsuit").  The Lawsuit alleged certain fraudulent conveyance claims against the Debtors' officers and directors, who took $107,000,000 in a leveraged buyout, allegedly leaving the Debtors insolvent.  The Lawsuit

resulted in an approximately $3 million gross recovery for the estates after settlement in 2013.
*See* Order Granting Motion to Approve Compromise [Dkt. No. 1165].

17.     At the time of filing this Motion, the Debtors' assets total approximately
$2,600,000 as reflected in the Trustee's Interim Annual Report for the Period Ending June 30,
2014.  The Trustee believes this amount is sufficient to satisfy priority claims and administrative
claims, including wind-up expenses, and to provide a small distribution on unsecured claims.

### Discussion and Authority

18.     The Trustee moves for an order, *nunc pro tunc* to the Petition Date,  substantively
consolidating the nine cases of these Debtors showing such relief will best serve the interests of
all creditors.  Substantive consolidation is appropriate because of the substantial identity among
the Debtors, the practical impossibilities for the Trustee to determine claims against each Debtor,
and the absence of prejudice to any creditor.

19.     Substantive consolidation "involves the pooling of the assets and liabilities of two
more related entities; the liabilities of the entities involved are then satisfied from the common
pool of assets created by consolidation." *Eastgroup Props. v. Southern Motel Ass'n, Ltd.*, 935
F.2d 245 (11th Cir. 1991); *see also In re Mattress N More, Inc.*, 231 B.R. 104, 109 n.4 (Bankr.
N.D. Ga. 1998) (substantive consolidation is a "process whereby the assets and the liabilities of
different entities are combined and treated as if belonging to a single entity.").  The Eleventh
Circuit has recognized that bankruptcy courts have the power to substantively consolidate
bankruptcy cases by virtue of their general equitable powers.  *See Eastgroup*, 935 F.2d at 248.

20.     The "basic criterion by which to evaluate a proposed substantive consolidation is
a determination is whether 'the economic prejudice of continued debtor separateness' outweighs
'the economic prejudice of consolidation.'" *Id.* at 249 (*quoting In re Snider Bros.*, 18 B.R. 230,

4338310                                    - 5 -

234 (Bankr. D. Mass. 1982)).  In the Eleventh Circuit, a proponent of substantive consolidation

must show that (1) there is substantial identity between the entities to be consolidated; and (2)

consolidation is necessary to avoid some harm or to realize some benefit."  *Id*. at 249; *see also In

re Reider*, 31 F.3d 1102, 1108 (11th Cir. 1994).

21.    In considering whether substantive consolidation is appropriate, a court may

consider, *inter alia*, the existence of parent and inter-corporate guarantees on loans and the

degree of difficulty in segregating and ascertaining individual assets and liabilities.  *Eastgroup*,

935 F.2d at 249 (*citing In re Vecco Construction Indus*., 4 B.R. 407, 410 (Bankr. E.D. Va.

1980)).

22.    Further, and very applicable to this case, the Second Circuit has held that, "where

the interrelationships of the group [of debtors] are hopelessly obscured and the expense

necessary even to attempt to unscramble them so substantial as to threaten the realization of any

net assets for all creditors," consolidation was mandated.  *Chemical Bank of New York Trust Co.

v. Kheel*, 369 F.2d 845 (2d Cir. 1966).  In *Kheel*, the Second Circuit emphasized the "expense

and difficulty amounting to a practical impossibility of reconstructing the financial records of the

debtors to determine inter-corporate claims, liabilities and ownership of assets."  *Id.*  No single

factor is controlling.  *Eastgroup*, 935 F.2d at 250.

23.    Herein, the Debtors share substantial identities.  Specifically, Debtor API, the

parent corporation, provided management, facilities, and corporate support to each of the

Debtors.  In addition, substantially all of the Debtors' assets secured the Senior Secured Debt and

the Junior Secured Debt.

24.    During the bankruptcy process, the Debtors' financial condition was reflected in

consolidated monthly operating reports.  Additionally, the Debtors' joint Schedules and

Statement of Financial Affairs demonstrates the unitary treatment of the Debtors' assets and liabilities in their bankruptcy cases.

25.     Since the inception of these cases, the Debtors' assets and liabilities have been treated jointly: the Debtors' Schedules of Assets and Statement of Financial Affairs were filed jointly; the Debtors' monthly operating reports were filed jointly; and the proceeds of both asset sales were paid to the Senior Secured Lenders without any distinction as to which Debtor's debts were being paid.  Similarly, all proceeds of the asset sales and avoidance actions have been obtained – and deposited into estate accounts – without regard to each Debtor's share of such funds.

26.     Substantive consolidation is necessary in these cases to avoid the harm of attempting to decipher, at creditors' expense, the liabilities of each Debtor.  Put another way, substantive consolidation is necessary to maximizing estate funds for distribution, rather than paying professional fees in an attempt to untangle each Debtor's share of assets and liabilities.

27.     Key to supporting this Motion, the Trustee shows that an undertaking to sort out the claims against the nine entities would (i) be a practical impossibility in many respects and (ii) be likely consume a large portion, if not all, of the funds available for distribution. In particular, the filing of the Schedules on a consolidated basis, coupled with the incompleteness and unreliability of the Debtors' remaining business records, leaves the Trustee with little ability to assess the validity of each Debtor's obligations.  The Trustee knows of no former employees he could enlist to assist with such an analysis, which assistance is likely to be prohibitively expensive if available at all.

28.     The difficulty in separating the Debtors' estates is compounded by the $3 million recovery from the Lawsuit, which was not apportioned between Debtors.

4338310                                    - 7 -

29.     The practical effect of substantive consolidation is a benefit to all creditors.  No creditor has a superior claim to the proceeds from the Lawsuit, which would be paid pro-rata to all creditors in any event.

30.     In short, the Debtors' cases are so intertwined, and the time and expense necessary even to attempt to unscramble them is so substantial, as to threaten the realization of any net assets for any creditor.   The Trustee believes the cost of a best efforts undertaking to sort out claims by entity would likely consume most if not all of the estate's remaining assets; and the potential distribution is not sufficient to warrant a forensic examination or allocation analysis to no end.  Substantive consolidation is the only practical solution for an efficient disposition of the bankruptcy estates.

WHEREFORE, the Trustee respectfully requests entry of an order:

(a)     directing the substantive consolidation of the Debtors' bankruptcy estates *nunc pro tunc* to the Petition Date, such that:

    a.   All assets and all liabilities of the Debtors will be treated as though the Debtors were merged;

    b.  Any obligation of any Debtor will be deemed to be one obligation of the consolidated Debtors;

    c.  Any claims filed or to be filed in connection with any such obligation will be deemed one claim against all consolidated Debtors;

    d.  Each and every claim filed in the individual case of any of the Debtors will be deemed filed against the consolidated Debtors in the consolidated case; and

(b)     granting such other and further relief as the Court deems just and proper.

Respectfully submitted, this 7th day of August 2014.

                              **BRYAN CAVE LLP**

                              /s/ E. Penn Nicholson
                              E. Penn Nicholson (Georgia Bar No. 543400)
                              penn.nicholson@bryancave.com
                              Laura U. Hughes (Missouri Bar No. 60732)
                              laura.hughes@bryancave.com
                              Leah Fiorenza McNeill (Georgia Bar No. 940554)
                              leah.fiorenza@bryancave.com
                              One Atlantic Center, 14th Floor
                              1201 West Peachtree Street, N.W.
                              Atlanta, Georgia  30309
                              (404) 572-6600 Telephone
                              (404) 572-6999 Facsimile

                              *Counsel to Marcus A. Watson, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014 I electronically filed the **TRUSTEE'S MOTION**

**FOR SUBSTANTIVE CONSOLIDATION OF JOINTLY ADMINISTERED CASES** on

behalf of Marcus A. Watson, the Chapter 7 Trustee with the Clerk of the Court using the

CM/ECF system, which sent electronic notification of such filing to the following:

J. Douglas Bacon
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

douglas.bacon@lw.com

Sarah R. Borders
Jonathan W. Jordan
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

sborders@kslaw.com
jjordan@sklaw.com

Matthew R. Brooks
Troutman Sanders
600 Peachtree Street
Suite 5200
Atlanta, GA 30308-2216

matthew.brooks@troutmansanders.com

Judy B. Calton
Michael Ben
Honigman Miller Schwartz and Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

jcalton@honigman.com
mben@honigman.com

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street
Suite 800
Atlanta, GA 30309

jchristy@swfllp.com

Stuart F. Clayton
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
East Tower, Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326

dclayton@lcsenlaw.com

David Cranshaw
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

dwc@mmmlaw.com

William A. Dupre
Miller & Martin PLLC
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-7706

bdupre@millermartin.com

4338310

- 1 -

Paul G. Durdaller, Esq.
Taylor English Duma, LLP
1600 Parkwood Circle
Suite 400
Atlanta, GA  30339

pdurdaller@taylorenglish.com

Gregory D. Ellis, Esq.
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
East Tower, Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326

emiller@lcsenlaw.com


Michael Friedman
Keith N. Sambur
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281

mfriedman@rsko.com
ksambur@rsko.com

Ted W. Hight III, Esq.
Thompson, O'Brian, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, GA 30092

thight@tokn.com

G. Marshall Kent
Shapiro Fussell Wedge & Martin LLP
1360 Peachtree Street
Suite 1200
Atlanta, GA 30309-3214

mjostby@shapirofussell.com

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3449

jonathan.edwards@alston.com

Scott J. Freedman
Dillworth Paxon LLP
LibertyView
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002

sfreedman@dilworthlaw.com


Lisa F. Harper
Taylor, Feil, Harper, Lumsden & Hess, P.C.
3340 Peachtree Rd, N.E.
Suite 250
Atlanta, GA 30326

lfharper@tfhlegal.com

Thomas S. Kenney
Kenney, Solomon & Medina, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, GA 30096

tkenney@kenneyandsolomon.com

Luke A. Kill
Andre & Blaustein, LLP
700 The Candler Building
127 Peachtree Street N.E.
Atlanta, GA 30303

lkill@ablaw.net

Paul T. Kim, Esq.
Locke Lord Bissell & Liddell LLP
The Proscenium, Suite 1900
1170 Peachtree Street, N.E.
Atlanta, GA 30309

frichardson@lockelord.com

David B. Kurzweil, Esq.
John D. Elrod, Esq.
Greenburg Traurig LLP
3290 Northside Parkway, Suite 400
Atlanta, GA 30327

kurzweil@gtlaw.com

Ron Levine
Levine Block & Strickland LLP
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342

info@lbslaw.net

Alan E. Lubel
3423 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305-4802

alubel@lubellaw.com

Matthew H. Matheney
Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230

mmatheney@frantzward.com

Sooner Pallet Services, Inc.
c/o Scott P. Kirtley
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119

skirtley@riggsabney.com

Lauren Lamberth
Stuart Freeman Wilson-Patton
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

agabankgeorgia@ag.tn.gov
agbankgeorgia@ag.tn.gov

Gregory A. Lowry
Locke Lord Bissell & Liddell, LLC
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

glowry@lockelord.com

James Allen Maines
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, GA 30308

bethhays@paulhastings.com

William D. Matthews
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
East Tower, Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326

bmatthews@lcsenlaw.com

Frank F. McGinn
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110


ffm@bostonbusinesslaw.com


Trey A. Monsour
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219


trey.monsour@hayesboone.com


Victor W. Newmark, Esq.
Wiles & Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060-7946


bankruptcy@evict.net


Amy Alcoke Quackenboss
Hunton & Williams, LLP
Bank of America Plaza, Suite 1400
600 Peachtree Street, NE
Atlanta, GA 30308-2216


aquackenboss@hunton.com


Martha E. Romero
The Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601


romero@mromerolawfirm.com


Todd C. Meyers, Esq.
Paul M. Rosenblatt, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530


tmeyers@kilpatrickstockton.com
prosenblatt@kilpatrickstockton.com


Missouri Department of Revenue
Bankruptcy Unit
Attention: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO 65105-0475


gandecf@dor.mo.gov


David S. Weidenbaum
Office of the United States Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303


david.s.weidenbaum@usdoj.gov


John K. Rezac
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339


jrezac@trylorenglish.com


Mitchell S. Rosen
Kitchens Kelley Gaynes, PC
Eleven Piedmont Center
Suite 900
3495 Piedmont Road, N.E.
Atlanta, GA 30305


mrosen@kkgpc.com


4338310                                    - 4 -

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

tsherick@honigman.com

Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

keith.simon@lw.com

Thomas A. Soderberg
The Mitchell Law Firm
3390 Peachtree Road
Suite 520, Lenox Towers South
Atlanta, GA 30326

tsoderberg@bemlaw.com

Shayna M. Steinfeld
Steinfeld & Steinfeld, PC
31 Lenox Pointe, N.E.
Atlanta, GA 30324

shayna@steinfeldlaw.com

Nicola G. Suglia, Esq.
Fleischer Fleischer & Suglia
Plaza 1000 at Main Street, Suite 208
Voorhees, NJ 08043

nsuglia@fleischerlaw.com

Marvin A. Sicherman, Esq.
Dattelbach, Sicherman & Baumgart
1100 AmTrust Bank Center
1801 East Ninth Street
Cleveland, OH 44114-3169

msicherman@dsb-law.com

Patrick M. Sneed
Davis, Pickren & Seydel, LLP
285 Peachtree Center Avenue
Suite 2300
Atlanta, GA 30303

psneed@dpslegal.com

Robert J. Solomon
Kenney, Solomon & Medina, P.C.
3675 Crestwood Parkway, Suite 300
Duluth, GA 30096

rsolomon@ksmlawyer.com

Richard J. Storrs
Storrs & Woodland, LLP
1355 Peachtree Street
Suite 1570
Atlanta, GA 30309

rstorrs@storrslaw.com

Thomas R. Walker, Esq.
Jason J. Weigand
McGuireWoods LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309

trwalker@mcguirewoods.com
jweigand@mcguirewoods.com

Kimberly Walsh
Assistant Attorney General, Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

bk-walsh@oag.state.tx.us

Karen Fagin White
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway Suite 1600
Atlanta, GA 30339

kfwhite@cpmas.com

Scott A. Wharton
Hill Kertscher & Wharton
3350 Riverwood Pkwy
Suite 800
Atlanta, GA 30339

saw@hkw-law.com

J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

rwilliamson@swlawfirm.com

I caused to be served the same on August 7, 2014 by depositing copies of same in the

United States mail, in properly addressed envelopes, with sufficient postage affixed thereon,

addressed to the following parties:

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Internal Revenue Service
Insolvency
Room 400 - Stop 334D
401 West Peachtree Street, NW
Atlanta, GA 30308

Securities and Exchange Commission
Attn: Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

David E. Nahmias
U.S. Attorney, Northern District of Georgia
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Development Authority of Cartersville
c/o Archer & Lovell P.C.
336 S. Tennessee Street
Cartersville, GA 30120

City of Mankato, Minnesota
10 Civic Center Plaza
Mankato, MN 56002-3368

Cristina Troia
Assistant Vice President, Legal
The Bank of New York Mellon Corporation
One Wall Street, 29th Floor
New York, NY 10286

The Bank of New York
Attn: Bev Casanova
600 East Las Colinas Blvd, Suite 1300
Irving, TX 75039

4338310                                    - 6 -

Anthony R. Mancuso, VP
The Bank of New York Mellon
Legal Department - 11th Floor
One Wall Street
New York, NY 10286

BNY Asset Solutions
Attn: Melinda Valentine
600 Las Colinas Blvd., Suite 1300
Irving, TX 75039

Bank of New York Melon
Attn: Laurie Lang
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Equistar
Attn: Wanda Green
1221 McKinney Street
Houston, TX 77010

A. Schulman, Inc.
ATTN: Anna M. Mantel, Credit Manager
3550 W. Market Street
Akron, OH 44333

Flint Hills Resources
1330 Lake Robbins Drive
Suite 400
The Woodlands, TX 77380

O G & E Electric Service
Attn: Carla Brockman
321 North Harvey
Oklahoma City, OK 73102

Capital Trans Solutions
Attn: Danielle Baker
John Pas
1915 Vaughn Road
Kennesaw, GA 30144

Stanridge Color Corp., Inc.
Attn: Cathy Burdette
1196 East Hightower Trail
Social Circle, GA 30025

Xcel Energy, Inc.
414 Nicollet Mall
Minneapolis, MN 55401-1993

Dupont Packaging & Industrial Polymers
Attn: Debbie Concklin
Barley Mill Plaza
Building 26
Wilmington, DE 19880

E.I. Du Pont De Nemours and Company
Attn: Susan F. Herr
Dupont Legal, D-8052-2
1007 Market Street
Wilmington, DE 19898

GE Capital Public Finance
Suite 470
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

Nova Chemicals, Inc.
1000 Seventh Avenue S.W.
P.O. Box 2518, Station M
Calgary, Alberta
Canada T2P 5C6

Gulf Systems
Attn: Jeff Cutshall
7720 F.M.1960
East Humble, TX 77346

Ferro Plastics Division
Attn: Lee Overly
5001 Ohara Drive
Evansville, IN 47711

4338310

ExxonMobile Chemical Company
Attn: Kathleen Drake
13501 Katy Freeway
Houston, TX 77079

Bayshore Vinyl Compounds
Attn: Jeffrey Malovetz
P.O. Box 4630, Route 522
Tennent, NJ 07763

Milacron Marketing Company
Customer Service
4165 Halfacre Road
Batavia, OH 45103

Sonoco Products Company
Attn: Tanya Isgett, Staci Johnson
George Goudelock
North Second Street Mail Stop - U01
Hartsville, SC 29550

Unisource Worldwide, Inc.
Attn: Deborah Dahlmann
6600 Governors Lake Parkway
Norcross, GA 30071

Shamrock Manufacturing Co.
Attn: Emmy Tjoeng
5445 Daniels Street
China, CA 91710

TLS (Truck Load Services)
Attn: James Madden
150 Grand Blvd.
L'Ile-Perrot, QC  J7V 4X1
CANADA

Henderson Stamping Inc.
Attn: Cindy Collins
1323 Highway 45
North Henderson, TN 38340

Battenfield Gloucester Engineering Co., Inc.
Attn: Dave Robinson
Blackburn Industrial Park
11 Dory Road
Gloucester, MA 01931

The Dow Chemical Company
Attn: Shawn McCarthy
Lee H. Sjoberg
2030 Dow Center
Midland, MI 48674

City of Nicholasville
Attn: Laurie Young
601 North Main Street
Nicholasville, KY 40356

Sonoco Products Company
c/o Tara E. Nauful, Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

PrimePVC
1400 North Washington Street
Marion, IN 46952-2101

Southern California Edison
Attn: Sheila Advani
2244 Walnut Grove Avenue
Rosemead, CA 91771

Microplastics, Inc.
Attn: Janet Rouka
406 38th Avenue
St. Charles, IL 60174

Dudek & Bock Spring - 3300
Attn: Pat Alfieri
5100 West Roosevelt Road
Chicago, IL 60644

The Worksource
Attn: Lee Ann Hicklin
1801 Cavanaugh Road Fort
Smith, AR 72908

Wurzburg
Attn: Cathy Meeks
3655 Knight Road
Suite 11
Memphis, TN 38118-6340

Batesville Tool
Attn: Marty Schebler
177 Six Pine Ranch Road
Batesville, IN 47006

Tax Collector
Attn: Linda Willsey Murry
Fort Smith Courthouse
35 So. 6th, Room 105
Ft. Smith, AR 72901

Hieb Trans Logistics
4267 E. Eastmor
Springfield, MO 65809

Channel Prime Alliance, LLC
1803 Hull Avenue
Des Moines, IA 50313

Jan M. Hayden, Esq.
Heller Draper Hayden Patrick & Horn LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Joseph E. Shickich, Jr.
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Ashland Distribution Company
Attn: Cathy Vanecko
5200 Laser Park
Dublin, OH 43017

Reliant Energy Solutions
Attn: Clare Doyle
Deputy General Counsel
1201 Fannin
Houston, TX 77002

NTH Works-Precision Tool
Attn: Rick Swinney
6901 Preston Hwy
Louisville, KY 40219

Ashland Chemical
Attn: Bruce Freiberger
50 East River Center Blvd
Covington, KY 41012

Univar USA
13009 Collections Center Drive
Chicago, IL 66093

Hidalgo Cty/Hidalgo Cty Drainage District #1
c/o John T. Banks
Perdue Brandon Fielder Collins & Mott LLP
3301 Northland Drive, Suite 505
Austin, TX 78731

Kathleen A. Gardiner
Assistant Attorney General, Michigan
Cadillac Place, Suite 10-200
3030 Wesst Grand Boulevard
Detroit, MI 48202

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

P&P Properties
43120 Utica Road
Suite 400
Sterling Heights, MI  48314

Ellen Bradford
Mike Kirz
GE Antares Capital
500 West Monroe Street, Suite 1600
Chicago, IL 60661

Brett Lauber
Patrick Koehl
GE Antares Capital
500 West Monroe Street, Suite 1600
Chicago, IL 60661

Indiana Department of Revenue
Attn: Bankruptcy Section
Room N203 - State Office Bldg.
Indianapolis, IN 46206

Kester Spindler
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Shmuel Vasser
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

David R. Seligman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Blackrock Global Floating Rate Income Trust
Attn: Mark Williams
40 East 52nd Street
New York, NY 10022

Blackrock Limited Duration Income Trust
Attn: Kevin Cedorchuck
2 Avenue de LaFayette
Boston, MA 02111

Deerfield Capital Management
Attn: Ken Selle
250 Park Avenue
Suite 500
New York, NY  10177-0599

Centurion CDO 9 Limited
Centurion CDO8 Limited
Centurion CDO VII, LTD
Attn: Robin Stancil
c/o RiverSource Investments, LLC
100 N. Sepulveda Blvd., Suite 650
El Segundo, CA 90245

Merrill Lynch Principal Credit Group Inc.
Merrill Lynch Credit Products, LLC
Attn: Tara Kenny
241 North Tyron Street
Mail Code: NC1-027-14-01
Charlotte, NC 28255

Merrill Lynch Credit Products, LLC
Attn: Carmen Melendez
250 Vesey Street
New York, NY 10281

Merrill Lynch PCG, Inc.
ATTN: Rick Morris, Director
Merrill Lynch
4 World Financial Center, 7th Floor
New York, NY 10080

Merrill Lynch Business Financial Services
5151 Pfeiffer Road, Suite 100
Blue Ash, OH 45242

Morgan Stanley Senior Funding, Inc.
Attn: Darragh Dempsey
Vanessa Marling
1 Pierrepoint Plaza, 7th Floor
Brooklyn, NY 11201

The Galaxite Master Unit Trust
Attn: K. Umashankar
Mark Williams
40 East 52nd Street
New York, NY 10022

Wayzata Recovery Fund, LLC
Attn: Susan Peterson
James Beltz
701 E. Lake Street, Suite 300
Wayzata, MN 55391

Watershed Capital Partners (Offshore), Ltd.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

Shmuel Vasser Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Magnetite Asset Investors III, L.L.C.
Attn: Mark Williams
40 East 52nd Street
New York, NY 10022

Merrill Lynch Capital ESS
Financial Services, Inc.
222 North LaSalle Street, 17th Floor
Chicago, IL 60601

Silver Oak Capital, LLC
Attn: Christopher Brescio
245 Park Avenue
New York, NY 10167

Rosemont CLO, Ltd.
Donald Puglisis
850 Library Avenue
Newark, DE 19711

Watershed Capital Institutional Partners, L.P.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Watershed Capital Partners, L.P.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Schuyler G. Carroll
Arent Fox LLP
1675 Broadway
New York, NY 10019

William Taylor
Taylor'd Transportation Services, Inc.
P.O. Box 800125
Santa Clara, CA 91380

Russell R. Johnson, III
John M. Merritt, Esq.
Providence Park
3535 Roswell Road, Suite 49
Marietta, GA 30062

Susan Johnson
Heyco Products, Inc.
P.O. Box 517
Toms River, NJ 08755

Ms. Linda Erler
Erler Industries Inc.
418 Stockwell Street
North Vernon, IN 47265

Mark S. Finkelstein
Shannon Martin Finkelstein & Alvarado PC
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

William S. Sugden
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Jeffrey D. Vanacore, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019

Pep Properties Ltd.
5642 Kirkridge Trail
Rochester, MI 48306-2259

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Gregory Eells
The Eells Law Group
The Oglethorpe Building - Suite 181
2971 Flowers Road South
Atlanta, GA 30341-4147

J. Donald Hamilton
Staff Director - Global Credit Services
Lyondell Chemical Company
1221 McKinney, Suite 1600
Houston, TX 77010

Travelers National Accounts
Attn: Scott Freeman, Acct Resolution
1 Tower Square - 5MN
Hartford, CT 06183-4044

Michael D. Bell, Esq.
Gallon Takacs Boissoneault & Schaffer Co.
3516 Granite Circle
Toledo, OH 43617

Richard Vasile
211 Oakland Avenue
New Britain, CT 06053

4338310

Sebro Plastics Company
Tara E. Nauful, Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1889

Broadridge ICS
51 Mercedes Way
Brentwood, NY 11717

Agee Holdings, LP
115 Longview Street
P.O. box 880
Lavergne, TN 37086

Altra Automation
c/o Samuel Davila
P.O. Box 533153
Harlingen, TX 78553

Christopher M. Condon
Hanify & King
One Beacon Street
Boston, MA 02108

Ann Marie P. Kelley
Dilworth Paxon LLP
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002

Michelle A. Liberman
105 West Adams
Suite 1100
Chicago, IL 60613

David L. Prince
1912 East Vernon Avenue
Suite 100
Los Angeles, CA 90058

Kenneth A. Unger
Credit Manager
Bearing Headquarters
P.O. Box 6267
Broadview, IL 60155-6267

Julie Jackson
Operations Manager
Public Special, Inc.
3147 Progress Circle
Mira Coma, CA 91752

Lynn Alpaugh
325 Liberty Road
Stewartville, NJ 08886

Kenneth L. Brune
900 Reunion Center
Nine East Fourth Street
Tulsa, OK 74103

Michael Johnson
P.O. Box 840
2200 Forward Drive
Harrison, AR 72601-0840

L&M Forklift Sales & Service, Inc.
Attn: James U. White, Jr., President
7700 NW 39th Expressway
Bethany, OK 73008

Kenneth C. Pletcher
219 North Main Street
P.O. Box 138
River Falls, WI 54022

Receivable Management Services
Suite 270
307 International Circle
Hunt Valley, MD 21030

Thomas W. Repczynski
Offit Kurman, PA
4800 Montgomery Lane
9th Floor
Bethesda, MD 20814

Anthony U. Wacker
Baker Court
Suite 305
821 Raymond Avenue
St. Paul, MN 55114

Taylor'd Transportation Services, Inc.
P.O. Box 800125
Santa Clara, CA 91380

GE Capital Public Finance
3 Capital Drive
Mailstop 1-3B
Eden Prairie, MN 55344

**BRYAN CAVE LLP**

/s/ E. Penn Nicholson
E. Penn Nicholson (Georgia Bar No. 543400)
penn.nicholson@bryancave.com
Laura U. Hughes (Missouri Bar No. 60732)
laura.hughes@bryancave.com
Leah Fiorenza McNeill (Georgia Bar No. 940554)
leah.fiorenza@bryancave.com
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
(404) 572-6600 Telephone
(404) 572-6999 Facsimile

*Counsel to Marcus A. Watson, Chapter 7 Trustee*

4338310                              - 14 -